UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KENNETH VIEIRA

v.                                                                                     23-CV-250-JJM-PAS

INDEPENDENT CONSTABLE ASSOCIATION, INC.
and STATE OF RHODE ISLAND DEPARTMENT OF
BUSINESS REGULATION by its Director
Elizabeth Kelleher Dwyer

## FINAL CONSENT JUDGMENT

CHIEF JUDGE JOHN J. MCCONNELL, JR., United States District Judge.
    This matter was referred for a settlement conference with Magistrate Judge Patrica A. Sullivan on August 8, 2024.  As a result of those settlement proceedings and without any findings of fact, the parties have agreed that the following Final Consent Judgment shall enter as an order of the Court:

1. The Defendant, Independent Constable Association, Inc., will abide by the provisions of the Americans with Disabilities Act, 42 U.S.C. § 12101, and the Rhode Island Civil Rights Act, R.I.G.L. § 42-112-1 with respect to the provision of reasonable accommodations to Plaintiff, Kenneth Vieria;

2. The Defendant Independent Constable Association, Inc., agrees that it will not unreasonably withhold approval of continuing education courses from outside vendors under its authority granted by R.I.G.L. § 9-5-10.4;

3. In consideration of the foregoing, this case, including all claims in this action against all Defendants, is hereby dismissed with prejudice, provided that the case may be administratively opened for the sole purpose of a motion for contempt brought by Plaintiff against Defendant Independent Constable Association, and;

4. Those provision of paragraphs 1 and 2 of this Final Consent Judgment expire and their provisions are vacated on March 1, 2031.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief Judge
United States District Court

March 18, 2025

Agreed as to form and substance

Plaintiff, Kenneth Vieira, by his counsel

/s/ Sonja L. Deyoe
Sonja L. Deyoe #6301
Law offices of Sonja L. Deyoe
395 Smith Street
Providence, RI 02908
(401) 864-5877
SLD@the-straight-shooter.com

Defendant, Independent Constable
Association, Inc, By Its Attorney,

/s/ Michael D. Crane
Michael D. Crane #7717
The Law Offices of Michael D. Crane, LLC
207 Waterman Street,
Providence, Rhode Island 02906
(401) 400-2529

2

Defendant, STATE OF RHODE ISLAND
DEPARTMENT OF BUSINESS
REGULATION by its Director Elizabeth
Kelleher Dwyer
By Its Attorney

ATTORNEY GENERAL
PETER F. NERONHA

<u>/s/ Madeline Becker</u>
Madeline Becker #10034
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2151
mbecker@riag.ri.gov

Dated: March 14, 2025

3